UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Amer Gilani,<br><br>            Plaintiff,<br><br>v.<br><br>Javitch Block LLC,<br><br>            Defendant. | CASE NO.: 1:19-cv-00827-JRN |

## DEFENDANT JAVITCH BLOCK LLC's
## SECOND MOTION TO DISMISS

Now comes Defendant Javitch Block LLC, by and through the undersigned counsel, and pursuant to Fed.R.Civ.P. 12(b)(6), hereby moves this honorable Court to dismiss Plaintiff's Amended Complaint for failure to state a claim upon which relief may be granted. A memorandum in support is attached hereto and incorporated herein by reference as though fully rewritten.

Dated: October 25, 2019

Respectfully Submitted

/s/ Michael D. Slodov
Michael D. Slodov, OH SCR #0051678
JAVITCH BLOCK LLC
1100 Superior Ave., 19th Floor
Cleveland, OH 44114
(866) 881-2400 ext. 2781
Direct (440) 318-1073
(fax) (216) 685-3039
mslodov@jbllc.com

Attorneys for Defendant
Javitch Block LLC

## **CERTIFICATE OF SERVICE**

      I certify that on October 25, 2019, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.  Parties may access this filing through the Court's system.

Tyler Hickle
4005C Banister Ln., Ste. 120C
Austin, TX 78704
tylerhickle@hicklelegal.com
Attorneys for the Plaintiff

                                            /s/ Michael D. Slodov
                                            Michael D. Slodov